No. 814. Miami Bank & Trust Co., Trustee, *v.* Karsten. May 26, 1930. Petition for writ of certiorari to the Supreme Court of Florida denied. *Messrs. Frederick M. Hudson* and *Garland M. McNutt* for petitioner. No appearance for respondent.

No. 818. C. O. Tingley & Co. et al. *v.* Badger Rubber Works. May 26, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Russell M. Everett* and *Harry B. Rook* for petitioners. *Mr. Franklin G. Neal* for respondent.

No. 819. Laird et al. *v.* Tully et al. May 26, 1930. Petition for writ of certiorari to the Supreme Court of Alabama denied. *Messrs. Theodore J. Lamar and Douglas Arant* for petitioners. *Mr. Needham A. Graham, Jr.,* for respondents.

No. 829. Hill *v.* Lucas, Commissioner of Internal Revenue; and

No. 830. Plumer *v.* Same. May 26, 1930. Petitions for writs of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Robert G. Dodge* and *Harold S. Davis* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, Sewall Key, J. Louis Monarch, Clarence M. Charest,* and *John MacC. Hudson* for respondent.

No. 834. Silver *v.* Washington. May 26, 1930. Petition for writ of certiorari to the Supreme Court of Washington denied. *Mr. John J. Sullivan* for petitioner.